**E-FILED on** 1/17/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY RYAN HUNT,<br><br>    Petitioner,<br><br>    v.<br><br>A.A. LAMARQUE, Warden,<br><br>    Respondent. | No. C-04-03925 RMW<br><br>ORDER TO SHOW CAUSE<br><br>**[Re Docket No. 1]** |

    Rocky Ryan Hunt petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court will require respondent to show cause why a writ of habeas corpus should not be granted.

## I. BACKGROUND

    On May 7, 1998, Hunt, after drinking heavily, got into a fight with Frank Paul. Paul fell to the ground, after which Hunt continued beating him. The police found Paul alongside a nearby creek; Paul was hospitalized but died from his injuries. Hunt was charged with Paul's murder. At Hunt's trial, after both sides rested, Justin Coppedge appeared at the courthouse to testify that he had seen other people beating Paul after Hunt. The trial judge denied Hunt's motion to reopen the case, finding the timing of Coppedge's appearance suspicious. A jury found Hunt guilty of first-degree murder, and the court sentenced him to twenty-five years to life. The California Court of Appeal

denied Hunt's appeal and his petition for habeas corpus.  The California Supreme Court denied Hunt's petitions for discretionary review and habeas corpus on September 17, 2003.  Hunt filed his petition for habeas corpus in this court on September 17, 2004.

## II.  ANALYSIS

**1.  Standard of Review**

This court may entertain a petition for writ of habeas corpus on "behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975).  A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

**2.  Petitioner's Claims**

As grounds for federal habeas relief, petitioner alleges that the exclusion of Coppedge's testimony violated his rights under the Sixth and Fourteenth Amendments because it denied him of his rights to present exculpatory evidence and witnesses on his behalf or resulted from ineffective assistance of counsel.  The court will require respondent to show cause why the petition for a writ of habeas corpus should not be granted.

## III.  ORDER

Respondent is ordered to show cause why petitioner's petition for a writ of habeas corpus, filed on September 17, 2004, should not be granted.

1. The clerk shall serve by mail a copy of this order and the petition and all attachments thereto upon the respondent and the respondent's attorney, the Attorney General of the State of California.

2. Respondent shall file with the court, within sixty days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall file with the answer a copy of all portions of the state record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.  If petitioner

wishes to respond to the answer, he shall do so by filing a traverse within thirty days of the filing of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases within sixty days of the issuance of this order.  If respondent files such a motion, petitioner shall file with the court an opposition or a statement of non-opposition within thirty days of the filing of the motion, and respondent shall file with the court a reply within fifteen days of the filing of any opposition.

DATED:  1/17/06                                          /s/ Ronald M. Whyte
                                                         RONALD M. WHYTE
                                                         United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Petitioner:**

3  Walter K. Pyle          walt@wfkplaw.com

4  **Counsel for Respondent:**

5

6  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

7

8

9  **Dated:**     1/17/06                    /s/ JH
10                                      **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE—No. C-04-03925 RMW
JAH                                            4