PAUL N. PURI
ATTORNEY [SBN 225741]
PAUL PURI & ASSOCIATES
580 California Street, Suite 1600
San Francisco, California 94104
Telephone (415) 439-4805
Facsimile (415) 439-4905
Email attorney@paulpuri.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY HUNT,<br><br>Petitioner,<br><br>vs.<br><br>A.A LAMARQUE,<br><br>Respondent | Criminal Docket Number C-04 03925 RMW<br><br>STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO FILE TRAVERSE UNTIL JULY 14, 2006. |

### STIPULATION OF COUNSEL

1. On May 5, 2006, Mr. Puri learned from the Cowlitz County Coroner's Office in the state of Washington, that they had the partial decomposed remains of his brother, Jay Paul Puri. As a result, counsel, Paul Nathan Puri, had to turn all immediate attention to the family situation.
2. The present time to file the traverse is due for the Rocky Hunt case by June 5, 2006.
3. Due to the unavailability of counsel, the Petitioner Rocky Hunt is requesting that the Court set the traverse deadline for July 14, 2006.
4. The parties agree to extend the deadline until July 14, 2006, with the consent of counsel for the Office of the Attorney General, Violet Lee.

//

IT IS SO STIPULATED.

DATED: June 1, 2006

_____
VIOLET LEE
Office Attorney General

DATED: 1 June 2006

/s/
_____
PAUL N. PURI
ATTORNEY [SBN 225741]

On Behalf of
ROCKY HUNT

## ORDER

For the reasons set forth above, the Court herby grants an Enlargement of Time to file the Traverse. The Traverse is now due July 14, 2006.

IT IS SO ORDERED.

DATED: 6/5/06

_____
RONALD M. WHYTE
United States District Judge

PAUL PURI & ASSOCIATES