**E-FILED on     7/25/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY RYAN HUNT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A.A. LAMARQUE, Warden,<br><br>　　　　Respondent. | No. C-04-03925 RMW<br><br>ORDER GRANTING PETITIONER'S MOTION TO STAY PROCEEDINGS PENDING EXHAUSTION OF STATE-COURT REMEDIES<br><br>**[Re Docket No. 19]** |

　　　Petitioner Rocky Ryan Hunt moves for a stay of this action so that he may file a petition for habeas corpus with the California Supreme Court, which petitioner represents is necessary to exhaust federal claims he may ultimately wish to pursue here. Respondent has not opposed the motion.

　　　Petitioner's motion for a stay is granted. Within thirty days after the California courts resolve Hunt's to-be-filed petition,[1] the parties are to meet and confer regarding briefing in this action and thereafter submit to the court a proposed briefing schedule.

DATED:　　　7/24/06　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This order is without prejudice to respondent moving for a lift of the stay if Hunt is dilatory in filing his petition with the California Supreme Court.

ORDER GRANTING PETITIONER'S MOTION TO STAY PROCEEDINGS PENDING EXHAUSTION OF STATE-COURT REMEDIES—No. C-04-03925 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Paul Nathan Puri          attorney@paulpuri.com

**Counsel for Respondent:**

Violet M. Lee            violet.lee@doj.ca.gov
Bill Lockyer
Gerald A. Engler
Peggy S. Ruffra          peggy.ruffra@doj.ca.gov
Robert R. Anderson

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      7/25/06                    /s/ JH
                                **Chambers of Judge Whyte**