E-FILED on     7/28/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY RYAN HUNT,<br><br>     Petitioner,<br><br>v.<br><br>A.A. LAMARQUE, Warden,<br><br>     Respondent. | No. C-04-03925 RMW<br><br>ORDER DENYING RESPONDENT'S MOTION TO MODIFY STAY ORDER<br><br>**[Re Docket No. 25]** |

The court previously granted petitioner's motion to stay this action for him to pursue a habeas petition before the California Supreme Court. Respondent did not oppose the motion, and now seeks modification of the stay order. Respondent's counsel attempts to justify its request by stating that "[a]s a usual practice in our office, we do not file an opposition to the motion for stay absent a request" for a response from the district court. Lee Decl. ¶ 3. Given such purposeful action on the part of respondent's counsel, the court will not entertain objections to the stay order now. Respondent's motion to modify the stay order is denied. As a practical matter, nothing in the existing stay order is intended to preclude a motion or contention by respondent that any amended claim does not relate back to the time of filing of the original petition.

DATED:     7/28/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING RESPONDENT'S MOTION TO MODIFY STAY ORDER—No. C-04-03925 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Paul Nathan Puri          attorney@paulpuri.com

**Counsel for Respondent:**

Violet M. Lee            violet.lee@doj.ca.gov
Bill Lockyer
Gerald A. Engler
Peggy S. Ruffra          peggy.ruffra@doj.ca.gov
Robert R. Anderson

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    7/28/06              /s/ JH
                          **Chambers of Judge Whyte**