**E-FILED on**    9/25/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY RYAN HUNT,<br><br>    Petitioner,<br><br>    v.<br><br>A.A. LAMARQUE, Warden,<br><br>    Respondent. | No. C-04-03925 RMW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE PENDING STAY |

The clerk shall administratively close the file pending the stay of this action. After petitioner informs the court that state remedies have been exhausted, the case will be administratively re-opened.

DATED:    9/25/06                               *Ronald M Whyte*
                                                RONALD M. WHYTE
                                                United States District Judge

ORDER ADMINISTRATIVELY CLOSING CASE PENDING STAY—No. C-04-03925 RMW
JAH

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Petitioner:**

3 | Paul Nathan Puri        attorney@paulpuri.com

4 | **Counsel for Respondent:**

5 | Violet M. Lee           violet.lee@doj.ca.gov
    Bill Lockyer
6 | Gerald A. Engler
    Peggy S. Ruffra         peggy.ruffra@doj.ca.gov
7 | Robert R. Anderson

8 |
    Counsel are responsible for distributing copies of this document to co-counsel that have not registered
9 | for e-filing under the court's CM/ECF program.

12 | **Dated:**     9/25/06              /s/ JH
                                    **Chambers of Judge Whyte**

ORDER ADMINISTRATIVELY CLOSING CASE PENDING STAY—No. C-04-03925 RMW
JAH                                    2