Paul Puri
California State Bar #225741
425 Market Street
Suite 2200
San Francisco, CA 94105
Tel: (415) 512-5253

Attorney for Petitioner
ROCKY RYAN HUNT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/07*

| | |
|---|---|
| ROCKY RYAN HUNT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A.A. LAMARQUE, Warden,<br><br>　　　　　Respondent. | NO. C-04-03925 RMW<br><br>**Briefing Scheduling Order** |

　　　Petitioner, Rocky Ryan Hunt, hereby submits the proposed briefing schedule agreed upon with Violet Lee, Deputy Attorney General for Respondent.

　　　On July 25, 2006 this Court granted petitioner's Motion to Stay the proceeding pending the exhaustion of petitioner's habeas petition in the California Supreme Court. In the order granting the motion the court stated that "Within thirty days after the California courts resolve Hunt's to-be-filed petition, the parties are to meet and confer regarding briefing in this action and thereafter submit to the court a proposed briefing schedule."

　　　On September 18, 2007, petitioner filed his petition for writ of habeas corpus with the California Supreme Court (Case No. S146632). On April 18, 2007, the Court

1  denied the petition without comment or reason. The parties subsequently agreed to the
2  following briefing schedule:
3        Petitioner's Motion to Amend the Petition filed by June 18;
4        Respondent's Opposition to the Motion to Amend by July 18;
5        Petitioner's Reply by August 7;
6        and pending resolution of the Motion to Amend on a date set by order of this
7        court, Petitioner's Motion for an evidentiary hearing.
8                              Respectfully submitted,
9  DATED: May 16, 2007          /s/_Paul N. Puri_____
                                Paul N. Puri
10
                                Attorney for Petitioner
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                 2
28

# DECLARATION OF PAUL N. PURI

1. I, undersigned am counsel for petitioner, ROCKY RYAN HUNT. On September 18, 2007, I filed petitioner's petition for writ of habeas corpus with the California Supreme Court (Case No. S146632). On April 18, 2007, the Court denied the petition without comment or reason.

2. On May 1, 2007, my assistant called Violet Lee, Deputy Attorney General and proposed the briefing schedule described above. She agreed to the proposed briefing schedule.

Dated: May 16, 2007              Respectfully submitted,

_/s/_Paul N. Puri_____

Paul N. Puri

Attorney for Petitioner

1 Paul Puri
California State Bar #225741
2 425 Market Street
Suite 2200
3 San Francisco, CA 94105
Tel: (415) 512-5253
4
Attorneys for Petitioner
5 ROCKY RYAN HUNT

6

7                UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

| | |
|---|---|
| 11  ROCKY RYAN HUNT, | NO. C-04-03925 RMW |
| 12             Petitioner, | **[] Order** |
| 13        v. | |
| 14  A.A. LAMARQUE, Warden, | |
| 15             Respondent. | |

16

17
   IT IS HEREBY ORDERED that the proposed briefing schedule submitted by
18
Petitioner and agreed to by Respondent is granted.
19

20  DATED:  6/6/07

21          *Ronald M. Whyte* _____

22          Judge Whyte
            United States District Court
23

24

25

26

27
                              4
28