**E-FILED on** 12/4/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCKY RYAN HUNT,<br><br>    Petitioner,<br><br>    v.<br><br>A.A. LAMARQUE, Warden,<br><br>    Respondent. | No. C-04-03925 RMW<br><br>JUDGMENT |

On November 27, 2012, the court entered its order denying Rocky Ryan Hunt's petition for a writ of habeas corpus under 28 U.S.C. section 2254.  Therefore, IT IS HEREBY ordered that petitioner Rocky Ryan Hunt is entitled to no relief by way of his petition and that judgment be entered in favor of respondent A. A. Lamarque and against petitioner Hunt.

DATED:      December 4, 2012            /s/ Ronald M. Whyte
                                        RONALD M. WHYTE
                                        United States District Judge

JUDGMENT
No. C-04-03925 RMW
JLC